UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL A.J.,[1]<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CENTRAL VALLEY ANNEX DETENTION FACILITY, et al.<br><br>Respondents. | No. 1:26-cv-6770-TLN-JDP<br><br>A# 029-369-543<br><br>**RELEASE ORDER** |

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 4, 2026, the magistrate judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days. (ECF No. 9.) No objections have been filed.

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed September 4, 2026 (ECF No. 9) are ADOPTED in full;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

3. Respondents are ordered to IMMEDIATELY RELEASE Petitioner (A# 029-369-543) from their custody on the same conditions as his prior release. At the time of release, Respondents must provide Petitioner with a copy of this Order as well as all of his documents and possessions. Respondents shall file a **notice of compliance** with this provision by **September 14, 2026**;

4. Respondents are ENJOINED AND RESTRAINED from re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, seven-days' pre-deprivation notice and strict compliance with the requirements of 8 C.F.R. §§ 241.13, 241.4, for revocation of release, and any other applicable statutory and regulatory procedures;

5. Respondents are further ENJOINED AND RESTRAINED from removing Petitioner to a third country without notice and an opportunity to be heard; and

6. The Clerk of Court is directed to serve this Order on **Central Valley Annex Detention Facility**, enter judgment for Petitioner, and close this case.

IT IS SO ORDERED.

DATE: September 10, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE